UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL FREDERICK GOETZ, CIVIL NO. 00-2647 (DSD/JMM)

Plaintiff,

v.

ORDER

HENNEPIN COUNTY; HENNEPIN COUNTY CHILDREN AND FAMILY SERVICES DEPARTMENT; HENNEPIN COUNTY DISTRICT COURT and HENNEPIN COUNTY ATTORNEY'S OFFICE,

Defendants.

This matter was before the Court for a Pretrial Conference on February 20, 2001. At the conference, the Defendants raised an issue as to whether this Court has, or should exercise, jurisdiction over Plaintiff's Complaint. The Parties agreed that this issue should be resolved prior to proceeding further in the case, and also agreed upon the following schedule for the presentation of Defendants' Motion, which is governed by the procedures of Local Rule 7 of this Court.

April 16, 2001: Defendants' Motion, Memorandum and supporting materials shall be served and filed.

May 14, 2001: Plaintiff's Responsive Memorandum and supporting materials shall be served and filed.

May 21, 2001: Defendants' Reply shall be served and filed. The issue will then be taken under advisement by this Court.

Dated: February 20, 2001

JOHN M. MASON
United States Magistrate Judge

FEB 20 2001
CLERK