UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL FREDERICK GOETZ, CIVIL NO. 00-2647 (DSD/JMM)

Plaintiff,

v. ORDER

HENNEPIN COUNTY, HENNEPIN COUNTY CHILDREN AND FAMILY SERVICES DEPARTMENT, HENNEPIN COUNTY DISTRICT COURT, and HENNEPIN COUNTY ATTORNEY'S OFFICE,

Defendants.

The Court has under advisement Defendants' Motion to Dismiss [Docket No. 8]. Having concluded that additional briefing by the parties will assist the Court in resolving the Motion, IT IS HEREBY ORDERED as follows:

Plaintiff and Defendants shall each submit a Supplemental Memorandum to the Court on the issue of whether any or all claims in the Complaint are moot based on the procedural history of this case. The parties' Supplemental Memoranda shall be filed and submitted to the Court no later than June 4, 2001.

Dated: May 23, 2001

JOHN M. MASON
United States Magistrate Judge

FILED MAY 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK