# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Frederick Goetz,

v.

Hennepin County, Hennepin County Child Support Office, Hennepin County District Court and Hennepin County Attorneys Office,

Case No. Civil 00-2647 DSD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' motion to dismiss plaintiff's complaint with prejudice is granted.

Plaintiff's motion for an order denying motion to dismiss is denied.

Plaintiff's complaint is dismissed with prejudice.

DATE: July 19 2001

Richard D. Sletten, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

22